**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03216-CMA-KMT

___

**ANDREA SCHAUS and
ASHTIN BREWER,**

      Plaintiffs,

v.

**FOOD-E LLC d/b/a PJ's Stagecoach Inn;
EuroFoodWorks LLC d/b/a PJ's Bistro; and
Pawel Lukasz Jakubczyk.**

      Defendants.

___

**NOTICE RE EXHIBIT 1 TO MOTION TO ENFORCE SETTLEMENT TERM SHEET**
___

      Plaintiffs Andrea Schaus and Ashtin Brewer, by and through undersigned counsel, hereby notify the Court that Exhibit 1 to their Motion to Enforce Settlement Term Sheet [Dkt. 53] is a confidential document that should have been filed under seal. As Plaintiffs have recently withdrawn their motion, they respectfully submit that the Court either strike this document from the public record or file it under seal.

1

Respectfully submitted this 31st day of August 2020.

        LAW OFFICES OF GREGORY E. GIVENS, P.C.

        *Is/ Gregory E. Givens*
        Gregory E. Givens, #41810
        18 N. Sierra Madre Street, Suite E
        Colorado Springs, CO 80903
        Telephone: 719-291-4353
        gegivens@hotmail.com
        *Attorneys for Plaintiff Andrea Schaus and Ashtin Brewer, on behalf of themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2020, a true and correct copy of the document entitled **NOTICE RE EXHIBIT 1 TO MOTION TO ENFORCE SETTLEMENT TERM SHEET** was served electronically via the U.S. District Court of Colorado's CM/ECF system and/or email as follows:

Stephen B. Rotter, Esq.
Jennifer L. Gokenbach, Esq.
THE WORKPLACE COUNSEL
1401 Lawrence Strete, Suite 1600
Denver, CO 80202
Tel: 303-625-6400
stephen@theworkplacecounsel.com
jennifer@theworkplacecounsel.com
*Attorneys for Defendants*

                                       */s/ Gregory E. Givens*
                                       Gregory E. Givens