IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:19-cv-03216-CMA-KMT

ANDREA SCHAUS AND
ASHTIN BREWER,

      Plaintiffs,
v.

FOOD-E LLC dba PJ'S STAGECOACH INN;
EUROFOODWORKS LLC dba PJ'S BISTRO; and
PAWEL LUKASZ JAKUBCZYK,

      Defendants.

## DEFENDANTS' RESPONSE TO MOTION TO REOPEN MATTER

Defendants respectfully request the Court deny Plaintiffs' Motion to Reopen the Matter, and not consider Plaintiffs' Motions to Enforce Settlement or for Judgment at this time.

On October 5, 2020, the Court ordered this case administratively closed for six months until April 30, 2021, in part because the Parties requested the Court do so under the Parties' Settlement Agreement's payment plan. (Dkt #63.) Under such plan, Defendants' performance of its payment obligations under the Settlement Agreement is not complete until April 1, 2021. It is therefore premature to re-open the matter at this time, and good cause therefore does not exist, to re-open this matter simply for the Court to order relief to Plaintiffs which is not yet due by Defendants. Moreover, it is redundant for the Court to order the relief Plaintiffs now seek because Defendants are already obligated to provide such payment per their Settlement Agreement – and do so by April 1, 2021 but not at this time.

Second, given the unprecedented global pandemic and its impact on the restaurant industry, Defendants have not been able to operate their restaurant business – they remain closed because of government mandates and the spike in Covid-19 cases in Colorado.  As a result, the expected income Defendants relied on when entering the settlement agreement was not realized and Defendants require additional time to pay Plaintiffs any partial settlement amounts at-issue, noting the full amount is not due until April 1, 2021.

Therefore, given the current economic crisis due to Covid-19 and settlement amount not yet due, Defendants request the Court deny Plaintiffs' motion to re-open the matter at this time and revisit the issue on or about April 1, 2021, if Plaintiffs' motions are not moot by then due to settlement payment by Defendants.

Respectfully submitted on December 11, 2021.

THE WORKPLACE COUNSEL

*s/ Stephen B. Rotter*
Stephen B. Rotter
Jennifer Gokenbach
1401 Lawrence Avenue, Suite 1600
Denver, Colorado 80202
303.625.6400
stephen@theworkplacecounsel.com
jennifer@theworkplacecounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.


                                                  *s/ Stephen B. Rotter*
                                                  Stephen B. Rotter