IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03216-CMA-KMT

ANDREA SCHAUS, and
ASHTIN BREWER,

    Plaintiffs,

v.

FOOD-E LLC, d/b/a PJ's Stagecoach Inn,
EUROFOODWORKS LLC, d/b/a PJ's Bistro, and
PAWEL LUKASZ JAKUBCZYK,

    Defendants.

## AMENDED FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion for Attorney Fees (Doc. # 75) entered by Judge Christine M. Arguello, on May 19, 2021, it is

    ORDERED that Plaintiffs' Motion for Attorney Fees (Doc. # 74) is GRANTED.   It is

    FURTHER ORDERED that the Plaintiffs are awarded $3,000 in attorney fees.   It is

    FURTHER ORDERED that judgment shall enter in favor of Plaintiffs and against Defendants in the amount of $53,000: $50,000 pursuant to the terms of their settlement agreement and $3,000 for attorney fees.

DATED: May 19, 2021.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By:   s/S. West
            S. West, Deputy Clerk